# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 19-cr-241 (DSD/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Christopher Alan Niederkorn, | |
| Defendant. | |

This matter comes before the Court on Defendant Christopher Alan Niederkorn's Motion for Continuance and Excludable Delay (ECF No. 16). Defendant has also filed a Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act (ECF No. 17). Defendant requests a modest[1] continuance of the pretrial and trial dates based on defense counsel's schedule and a need for more time to review the discovery produced by the Government "and formulate defense motions." Defendant is presently released on bond, subject to conditions. (ECF Nos. 10, 11, 12.) The Government has no objection to Defendant's request.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide Defendant and his attorney reasonable time necessary for effective preparation and to make efficient use of the parties'

---

[1] The duration of the continuance requested was confirmed by separate e-mail correspondence with the Court and counsel.

resources. Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Continuance and Excludable Delay (ECF No. 16) is **GRANTED**.

2. The period of time from **October 10 through November 18, 2019**, shall be excluded from Speedy Trial Act computations in this case.

3. All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **October 28, 2019**. D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses shall be delivered directly to the chambers of Magistrate Judge Leung.[2]

4. **Counsel shall electronically file a letter on or before October 28, 2019, if no motions will be filed and there is no need for hearing**.

5. All responses to motions shall be filed by **November 11, 2019**. D. Minn. LR 12.1(c)(2).

6. Any Notice of Intent to Call Witnesses shall be filed by **November 11, 2019**. D. Minn. LR. 12.1(c)(3)(A).

7. Any Responsive Notice of Intent to Call Witnesses shall be filed by **November 14, 2019**. D. Minn. LR 12.1(c)(3)(B).

8. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The government makes timely disclosures and Defendant pleads particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

9. If required, the motions hearing shall be heard before Magistrate Judge Tony N. Leung on **November 18, 2019, at 1:30 p.m.**, in **Courtroom 9W**, U.S.

---

[2] U.S. Mail or hand-deliver to 300 South Fourth Street, Chambers 9W, Minneapolis, MN 55415.

Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415. D. Minn. LR 12.1(d).

10. **TRIAL:**

    a.  **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT**, the following trial and trial-related dates are:

        All voir dire questions and jury instructions must be submitted to District Judge David S. Doty on or before **January 6, 2020**.

        This case must commence trial on **January 13, 2020, at 9:00 a.m.**, before District Judge Doty in Courtroom 14W, U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.

    b.  **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Doty to confirm the new trial date.**

Dated: October 15, 2019

                                                        *s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*United States of America v. Niederkorn*
Case No. 19-cr-241 (DSD/TNL)